■ DONNELL JEFFERSON, Appellant, v JOSHUA STUBBE, Respondent. [965 NYS2d 901]—

Appeal from an order of the Supreme Court, Monroe County (Elma A. Bellini, J.), entered August 3, 2011. The order denied the motion of plaintiff for permission to proceed as a poor person.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Memorandum: Plaintiff commenced this action seeking declaratory and other relief based on the alleged negligence of defendant, his former attorney in a criminal matter. Contrary to plaintiff's contention, Supreme Court did not abuse its discretion in denying his motion for permission to proceed as a poor person pursuant to CPLR 1101 (*see generally Matter of Young v Monroe County Clerk's Off.*, 46 AD3d 1379, 1380 [2007]). Although we agree with plaintiff that he established that he is unable to pay the costs, fees and expenses necessary to prosecute the action (*see* CPLR 1101 [a]), we conclude that the action does not have "arguable merit" (*Nicholas v Reason*, 79 AD2d 1113, 1113 [1981]; *cf. Popal v Slovis*, 82 AD3d 1670, 1671 [2011], *lv dismissed* 17 NY3d 842 [2011]; *Young*, 46 AD3d at 1380). Present—Centra, J.P., Fahey, Carni, Whalen and Martoche, JJ.

■ In the Matter of WAYNE DAVIDSON, Appellant, v VILLAGE OF PENN YAN et al., Respondents. (Appeal No. 2.) [965 NYS2d 902]—Appeal from a judgment of the Supreme Court, Yates County (Dennis F. Bender, A.J.), entered July 18, 2012 in a proceeding pursuant to CPLR article 78. The judgment, inter alia, dismissed the petition.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs.

Same memorandum as in *Matter of Davidson v Village of Penn Yan* (107 AD3d 1423 [2013]). Present—Centra, J.P., Fahey, Carni, Whalen and Martoche, JJ.